UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

In Re:

JOHN L. BORNEMANN, JR.,

Debtor.

Case No. 07-cv-528-JPG
Appeal from Bankr. Case No. 07-30104

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the Bankruptcy Court's July 20, 2007, order is **AFFIRMED**.

**NORBERT JAWORSKI**

Date: March 21, 2008

By:s/Deborah Agans, Deputy Clerk

**Approved:**  s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**